UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 3:03CR152 (PCD) |
| Plaintiff | : | |
| | : | |
| **V.** | : | |
| | : | |
| | : | |
| **ROBERT L. KELLER, JR.** | : | |
| Defendant | : | JANUARY 11, 2005 |

### MOTION TO CONTINUE SENTENCING (NO OBJECTION)

The Defendant, Robert Keller, respectfully requests that the sentencing in this matter be continued to March 2, 2005 or a date thereafter. In support thereof, the Defendant states the following:

1.   Sentencing is currently scheduled for January 24, 2005.

2.   Assistant United States Attorney Anastasia Enos, attorney for the government in this matter, does not object to the granting of this motion.

3.   The co-defendant, Mr. Mazzariello, does not object to the granting of this motion.

4.   The pre-sentence report was disclosed to the Defendant on January 7, 2005.

5.   The Defendant needs additional time to respond to the loss calculation and other issues discussed in the pre-sentence report.

THE DEFENDANT,
ROBERT L. KELLER, JR.

BY _____
    HUBERT J. SANTOS
    Federal Bar No. ct00069
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    (860) 249-6548

## CERTIFICATION

    THIS IS TO CERTIFY THAT a copy of the foregoing was mailed first class, postage prepaid this 11th day of January, 2005 to:

Anastasia Enos, Esq.
Assistant United State's Attorney
United State's Attorney's Office
450 Main Street
Hartford, CT 06106

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

_____
HUBERT J. SANTOS

- 2 -