**FILED**

2005 FEB 11  P 1: 52

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | : | CASE NO. 3:03CR152 (PCD) |
| V. | : | |
| ROBERT L. KELLER, JR.<br>Defendant | : | FEBRUARY 9, 2005 |

## MOTION TO CONTINUE SENTENCING (NO OBJECTION)

The Defendant, Robert Keller, respectfully requests that the sentencing in this matter be continued to March 22, 2005. In support thereof, the Defendant states the following:

1. Sentencing is currently scheduled for February 22, 2005.

2. Assistant United States Attorney Anastasia Enos, attorney for the government in this matter, does not object to the granting of this motion.

3. The co-defendant, Mr. Mazzariello, does not object to the granting of this motion.

4. The pre-sentence report was disclosed to the Defendant on January 7, 2005.

5. The Defendant needs additional time to respond to the loss calculation and other issues discussed in the pre-sentence report.

THE DEFENDANT,
ROBERT L. KELLER, JR.

BY /s/ Hubert J. Santos
HUBERT J. SANTOS
Federal Bar No. ct00069
SANTOS & SEELEY, P.C.
51 Russ Street
Hartford, CT 06106
(860) 249-6548

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed first class, postage prepaid this 9th day of February, 2005 to:

Anastasia Enos, Esq.
Assistant United State's Attorney
United State's Attorney's Office
450 Main Street
Hartford, CT 06106

David T. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

/s/ Hubert J. Santos
HUBERT J. SANTOS

- 2 -