UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:03CR152 (PCD) |
|    Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| | : | |
| ROBERT L. KELLER, JR. | : | |
|    Defendant | : | FEBRUARY 15, 2005 |

**MOTION FOR PERMISSION TO TRAVEL (NO OBJECTION)**

The Defendant, Robert Keller, respectfully requests permission to travel to Atlanta, Georgia for the HPBA (Hearth, Patio, Barbeque Association) conference. Mr. Keller would be in Atlanta from Tuesday, February 22, 2005 to Saturday, February 26, 2005. The conference will be held at the Hyatt Regency, 265 Peachtree Street, Atlanta, Georgia. The telephone number is 1-404-577-1234. Mr. Keller would be staying at the Hyatt Regency as well and the room would be registered under his name. He could also be reached on his cell phone, 203-231-5115. Mr. Keller would be traveling with three of his co-workers from the Trading Post. The Government has no objection.

THE DEFENDANT,
ROBERT L. KELLER, JR.

BY _____
   HUBERT J. SANTOS
   Federal Bar No. ct00069
   SANTOS & SEELEY, P.C.
   51 Russ Street
   Hartford, CT 06106
   (860) 249-6548

- 2 -

**CERTIFICATION**

  THIS IS TO CERTIFY THAT a copy of the foregoing was mailed first class, postage prepaid this 15th day of February, 2005 to:

Anastasia Enos, Esq.
Assistant United State's Attorney
United State's Attorney's Office
450 Main Street
Hartford, CT 06106

Kattya Lopez
United States Probation Officer
450 Main Street
Hartford, CT 06103

               _____
               HUBERT J. SANTOS