# ATTACHMENT A

## NEW YORK LIFE FUNDS DIVERTED BY ROBERT L. KELLER, JR., et al

| DATE OF INVOICE | ITEM DESCRIPTION | PURCHASE AMOUNT | DATE BILLED TO NYL | AMOUNT BILLED | TOTAL FALSE BILLINGS TO NYL |
|---|---|---|---|---|---|
| 2/16/98 | HP Scanjet 6100 CSE | $799.00 | | $799.00 | $799.00 |
| 11/2/98 | "Contingency/Reserve Fund" | | 11/2/98 | $74,970.00 | |
| 11/3/98 | "Contingency/Reserve Fund" | | 11/3/98 | $74,981.25 | |
| 11/3/98 | "Contingency/Reserve Fund" | | 11/3/98 | $49,983.75 | $199,935.00 |
| 12/4/98 | (3) Dell XPS 450's | $10,460.94 | | | |
| 4/02/99 | Zephyr Services | $23,896.00 | 4/16/99 | $4,000.00 | |
| | | | 4/16/99 | $4,000.00 | |
| | | | 5/03/99 | $15,896.00 | $23,896.00 |
| 7/07/99 | (2) IBM Thinkpads | $6,897.02 | 8/10/99 | $4,080.00 | $4,080.00 |
| 7/16/99 | Cash (Bob & Mike) | $7,000.00 | 7/20/99 | $3,504.00 | |
| | | | 8/09/99 | $3,492.00 | $6,696.00 |
| 7/19/99 | (2) SCSI controllers | $468.00 | | | |
| 7/20/99 | (3) Dell XPS 550's | $6,241.28 | | | |
| 8/24/99 | (2) DVD Drives | $715.88 | | | |
| 9/15/99 | (2) SNET bills | $1,087.50 | 9/08/99 | $1,092.00 | $1,092.00 |

## NEW YORK LIFE FUNDS DIVERTED BY ROBERT L. KELLER, JR.,et al

| DATE OF INVOICE | ITEM DESCRIPTION | PURCHASE AMOUNT | DATE BILLED TO NYL | AMOUNT BILLED | TOTAL FALSE BILLINGS TO NYL |
|---|---|---|---|---|---|
| 10/04/99 | (3) Epson printers, (6) 18" LCD monitors, (12) Stylus ink cartridges | $22,470.41 | 11/01/99<br>11/01/99<br>11/04/99<br>11/08/99<br>11/18/99 | $5,040.00<br>$5,040.00<br>$2,027.25<br>$6,081.75<br>$2,027.25 | $20,216.25 |
| 11/05/99 | Michael's Jewelers (100 Bulova NYL logo watches) | $10,123.00 | 1/27/00<br>1/28/00 | $10,115.42<br>$8.58 | $10,124.00 |
| 11/05/99 | SNET bill (ck# 4548) | $737.86 | 1/28/00 | $737.86 | $737.86 |
| 11/05/99 | American Express | $3,935.79 | 1/28/00 | $3,935.70 | $3,935.70 |
| 11/05/99 | The Trading Post (4) generators | $11,147.00 | 1/28/00<br>1/28/00<br>1/28/00<br>1/31/00 | $2,457.77<br>$3,570.00<br>$3,570.00<br>$1,550.73 | $11,148.50 |
| 11/09/99 | (3) HP Scanjet 6350's | $1,445.00 | | | |
| 11/1/99 | "Contingency/Reserve Fund" | | 11/01/99 | $39,960.00 | |
| 11/23/99 | "Contingency/Reserve Fund" | | 11/23/99 | $39,525.00 | |
| 11/23/99 | "Contingency/Reserve Fund" | | 11/23/99 | $39,525.00 | $119,010.00 |

NEW YORK LIFE FUNDS DIVERTED BY ROBERT L. KELLER, JR., et al

| DATE OF INVOICE | ITEM DESCRIPTION | PURCHASE AMOUNT | DATE BILLED TO NYL | AMOUNT BILLED | TOTAL FALSE BILLINGS TO NYL |
|---|---|---|---|---|---|
| 11/11/99 | Zephyr Services | $16,425.00 | 1/20/00 | $8,212.43 | |
| | | | 1/20/00 | $2,009.40 | |
| | | | 1/27/00 | $6,204.58 | $16,426.41 |
| 12/2/99 | Cash (2 cashier's cks payable to Robert Keller) | $10,000.00 | 1/31/00 | $7,757.27 | |
| | | | 3/13/00 | $2,242.73 | $10,000.00 |
| 12/16/99 | (3) Sony DVD's | $3,469.00 | 4/06/00 | $4,080.00 | $4,080.00 |
| 12/16/99 | PC Connection - memory stks. | $285.46 | | | |
| 12/16/99 | PC Connection - Cyber frame | $771.73 | | | |
| 12/21/99 | American Express | $5,982.90 | 3/13/00 | $3,112.20 | $3,112.20 |
| 12/21/99 | American Express | $5,742.59 | | | |
| 2/14/00 | Video Direct - (3) Sony camcorders | $4,714.20 | 4/06/00 | $4,080.00 | $4,080.00 |
| 2/15/00 | Video Direct (memory stks) | $495.80 | | | |
| 3/13/00 | American Express | $6,215.89 | 3/13/00 | $6,211.80 | $6,211.80 |
| 5/4/00 | Hammacher Schlemmer | $6,469.50 (M) | | | |

(M)-missing purchase invoice/payment

Page 3 of 6

NEW YORK LIFE FUNDS DIVERTED BY ROBERT L. KELLER, JR.,et al

| DATE OF INVOICE | ITEM DESCRIPTION | PURCHASE AMOUNT | DATE BILLED TO NYL | AMOUNT BILLED | TOTAL FALSE BILLINGS TO NYL |
|---|---|---|---|---|---|
| 5/9/00 | American Express | $4,700.00 | 6/26/00 | $5,355.00 | $5,355.00 |
| 5/9/00 | American Express | $4,280.00 | 6/27/00 | $5,355.00 | $5,355.00 |
| 5/10/00 | Sony Direct | $1,081.30 | (M) | | |
| 5/10/00 | Sony Direct | $672.31 | (M) | | |
| 5/25/00 | Cash (2 cashier's cks payable to Robert Keller & Mike Mazzariello) | $7,500.00 $7,500.00 | 5/25/00 | $7,650.00 | $7,650.00 |
| 7/3/00 | American Express | $5,218.00 | | | |
| 7/3/00 | American Express | $5,723.00 | | | |
| 7/19/00 | Zephyr Services | $16,425.00 | | | |
| 8/17/00 | Cash (3 cashier's cks payable to Robert Keller) | $8,972.78 $8,818.56 $5,215.80 | | | |
| 9/21/00 | American Express | $4,500.00 | | | |
| 10/20/00 | American Express | $2,500.00 | | | |

(M)-missing purchase invoice/payment

Page 4 of 6

NEW YORK LIFE FUNDS DIVERTED BY ROBERT L. KELLER, JR.,et al

| DATE OF INVOICE | ITEM DESCRIPTION | PURCHASE AMOUNT | DATE BILLED TO NYL | AMOUNT BILLED | TOTAL FALSE BILLINGS TO NYL |
|---|---|---|---|---|---|
| 10/20/00 | American Express | $2,500.00 | | | |
| 10/24/00 | (3) Dell Pentium III's @ 933 Mhz | $4,989.42 | | | |
| 11/17/00 | (3) Dell Pentium III's @ 1 Ghz | $9,870.71 | | | |
| 11/18/00 | Visa | $1,500.00 | | | |
| 11/18/00 | Mastercard | $3,000.00 | | | |
| 11/18/00 | American Express | $3,000.00 | | | |
| 11/18/00 | American Express | $3,000.00 | | | |
| 11/19/00 | Sony radios, headphones walkmans, speakers, motorola talkabouts, Sieman's pocket reader | $7,269.07 (M) | | | |
| 11/20/00 | (3) Back-UPS Pro 650's | $844.66 | | | |
| 11/20/00 | Cash (2 cashier's cks payable to Robert Keller & Mike Mazzariello) | $6,000.00 $6,000.00 | | | |

(M) - missing purchase invoice

Page 5 of  6

NEW YORK LIFE FUNDS DIVERTED BY ROBERT L. KELLER, JR., et al

| DATE OF INVOICE | ITEM DESCRIPTION | PURCHASE AMOUNT | DATE BILLED TO NYL | AMOUNT BILLED | TOTAL FALSE BILLINGS TO NYL |
|---|---|---|---|---|---|
| 12/6/00 | "Contingency/Reserve Fund" | | 12/6/2000 | $48,450 | |
| 12/6/00 | "Contingency/Reserve Fund" | | 12/6/2000 | $47,600 | |
| 12/6/00 | "Contingency/Reserve Fund" | | 12/6/2000 | $49,725 | |
| 12/6/00 | "Contingency/Reserve Fund" | | 12/6/2000 | $49,725 | $195,500.00 (not paid - not included in total false billings) |
| 12/8/00 | American Express | $2,000.00 | | | |
| 12/8/00 | American Express | $2,000.00 | | | |
| 12/8/00 | Mastercard | $3,000.00 | | | |
| 12/8/00 | Visa | $1,500.00 | | | |
| 12/8/00 | Michael's Jewelers | $11,130.00 | | | |
| 12/8/00 | Cash (2 cashier's cks payable to Robert Keller & Mike Mazzariello | $6,000.00 $6,000.00 | | | |
| 1/12/01 | American Express | $6,500.00 | | | |
| 1/12/01 | American Express | $6,500.00 | | | |

Total benefit to Keller, et al: $343,707.36    Total diverted from NYL: $463,940.72
                                ============                              ==========
                    Remaining "surplus": $120,233.36

ATTACHMENT B-1

(See pages 9 - 13)

Excerpts - telephone calls between
Robert L. Keller, Jr. and William Hoyt

**10/24/99**

Keller:     (voice mail message) - I know that uh, Chris got a hold
            of some of the equipment and wanted uh, some I guess
            clarification as to how it should be billed.  I would
            say just bill me as hours.

Keller:     (voice mail message) - In addition, what I'd like to
            do is, I'd like to move DKN over to a Solaris platform
            and along the lines of what we did last year in 1998,
            I'd like to have you pre-bill for that. Um, I do have
            funding left over this year for that and what I'd like
            to propose is that, um, you give me uh, say five bills
            um, forty thousand dollars each to put towards
            uh, that project and then projects going into the year
            2000.  So uh, if you could give me that information
            say, I don't know, sometime within the next couple of
            weeks if that's con..if that's convenient and then
            start the uh, the bills um, say sometime between now
            and the end of October and then just give 'em to me say
            uh, once every two to three weeks uh, that'd be great.
            If you have any questions, feel free to give me
            a call. Thanks. Take care.

**11/4/99**

Keller:     Give me two..two different stacks. I want ones I have
            to pay..

Hoyt:       Right.

Keller:     ..from your perspective..

Hoyt:       Right.

Keller:     ..and ones it'd be nice to pay..

Hoyt:       Okay.

Keller:     ...from your perspective. (Laughing) Which would be
            actually both piles. (Laughing)

Hoyt:       Understood.

Keller:     Ok?

Hoyt:       Um, but you..you want the..you..they want also then the
            estimates for December?

**Page 1 of  13**

Keller:    Yeah but don't say estimate.

Hoyt:      Right.

Keller:    (Laughing) No estimates, no quotes, um..ya know, no
           anticipated service rendering...just bills. (Laughing)


Hoyt:      You know also that we haven't done anything with the
           other two hundred thousand.

Keller:    No, I know.

Hoyt:      Ok. Well, we did a little bit of it.

Keller:    But I actually have some plans I need to talk to you
           about that.

Hoyt:      Okay.

Keller:    Um, but we'll..we'll wait 'till we're finished.

Hoyt:      Okay.


Hoyt:      I've got um, ten one twenty three...

Keller:    That's..that's..that's the Michael's Jewelers.

Hoyt:      Right, three nine three five seventy nine..

Keller:    To American Express.

Hoyt:      Seven three seven eighty six..

Keller:    Right.

Hoyt:      Eleven one forty seven..even.

Keller:    Correct.

Hoyt:      Okay.

Keller:    Is that all right?

Hoyt:      Yep.

Keller:   Do you mind?

Hoyt:     Nope..nope..I will um..and I will have 'em overnighted..

Keller:   Have 'em overnight..overnighted..

Hoyt:     ...tomorrow.

Keller:   ..to my ho..to my home address.

Hoyt:     Okay.

Keller:   And um, well if you send 'em to me...

Hoyt:     What..what is your home address right now?

Keller:   Okay, it's thirty eight...

Hoyt:     Mm hum.

Keller:   Tram T-R-A-M drive..

Hoyt:     Right.

Keller:   ..in Oxford..

Hoyt:     Okay.

Keller:   Zero six four seven eight.

Hoyt:     Zero six four seven eight.

Keller:   And um, you're gonna have to specify then..'cause tomorrow is Friday, Saturday delivery.

Hoyt:     Right.

Keller:   And don't..I don't need to sign for 'em so just put on no signature required.

Hoyt:     Okay. No signature required. Okay.

Keller:   And then we can either take it off the hour...you can add in hours..

Hoyt:     Mm hum.

Keller:   ...or take it off the two hundred, whatever you want to do.

Hoyt:     Okay.

Keller:     I'll leave it totally up to you.

Hoyt:       Okay.

Keller:     Is that all right?

Hoyt:       That's fine. And um...

Keller:     And I'll make sure that you and Nancy get uh, a New
            York Life watch.

Hoyt:       (Laughing)

Keller:     Um, I..I..I just gotta be a little careful with this
            because if I start handing out all one hundred, they
            might get..ya know, say well where'd you get these?
            The way I'm gonna couch it is, I'm gonna say that um,
            I bought 'em through like the airline magazine...

Hoyt:       Yeah.

Keller:     ..and just say that ya know, I gave 'em...well I'm
            gonna give 'em to my direct reports as Christmas
            presents...

Hoyt:       Right.

Keller:     ...and Mike's gonna do the same for his.  And then
            ya know..like I was gonna give a couple to you guys
            and ya know, that kind of stuff.


11/23/99

Keller:     (voice mail message) Um, I got your voice mail and I
            apologize for not getting back to you sooner.  Um, yes
            I do want all the invoices uh sent to me. Um, I would
            say send them in two week increments. In other words,
            uh, send me something 'till the end of November and
            then for the first two weeks of December and the last
            two weeks of December and do not put on them estimated.
            Just put in um, ya know what you would think would be
            the actual hours and we can adjust that afterwards.
            Um, I would also uh...so in other words basically send
            me all of 'em and I want to get 'em processed this
            year so, uh, that way they're in for ninety-nine and
            you get 'em in a timely manner even though you are
            sending them to me in advance. So um, I don't want any
            kind of estimates or anything like that..words, words
            in 'em but they need to say to the effect for, ya know,

                        Page 4 of  13

services rendered or something like that. Uh, and you..
you work that out as you..you feel appropriate so..but
I do need to have them by uh, no later than next I
would say Thursday or Friday to be processed for this
year. So make sure you get those to me. On a separate
note, I talked with you probably about six or eight
weeks ago about the two five thousand dollar uh,
invoices that um, I wanted to work out with you between
now and the end of the month and I'm curious as to
what the status is on that.

<u>12/1/99</u>

Hoyt:       I wanted to talk to you about the invoices really
            quickly.

Keller:     Okay.

Hoyt:       I..I sent you everything estimating up to the end of
            December.

Keller:     Okay.

Hoyt:       I also..I..

Keller:     When did you do that, just recently or...

Hoyt:       ..uh those were out...uuuuuh, I think the last one
            was out last Tuesday.

Keller:     Okay, so in other words I pr..I should've already
            received 'em.

Hoyt:       Yeah.

Keller:     Well, maybe not. Now Tuesday?

Hoyt:       Yeah.

Keller:     You sent 'em out Tuesday?

Hoyt:       Sent them out last Tuesday.

Keller:     Oh, okay, so I probably haven't seen 'em yet.

Hoyt:       Okay.

Keller:     Um, ya know between uh Thursday being..Thursday and
            Friday being company holidays.

Hoyt:       Yeah..yeah that's right. That's right.

Page 5 of  13

Keller:     So I haven't..I haven't seen 'em yet so I'm assuming that I'll see 'em soon.

Hoyt:       Okay, now in that mix three of 'em...I only put in three that were goin' against the..the original two hundred thousand you were talking about.

Keller:     Okay.

Hoyt:       Because um, I looked at the...I..I just made a quick judgement call.  I..I..the..the amount of invoices seemed..there's a lot of money in there.

Keller:     Okay.

Hoyt:       And I..I thought you weren't gonna need to um..to uh expend your budget.

Keller:     Nope, that's fine.

Hoyt:       Okay.

Keller:     Um..well ya know...

Hoyt:       I've got..there's..there's three for about a hundred and twenty thousand..excuse me..yeah, that's right, about a hun..hundred and twenty thousand.

Keller:     Okay.

Hoyt:       That..those are the..the one's you'd..you defined as optionals. (laughing)

Keller:     Okay.

Hoyt:       Okay?

Keller:     So what..what...

Hoyt:       And if you need the numbers on 'em we'll give you the numbers.

Keller:     No that's okay.  I mean..I..I trust you..I mean so what..what did you pull against the two hundred thousand?

Hoyt:       Just...oh..the..the..the two hundred thousand we had already sitting here?

Keller:     Yeah.

Hoyt:       Uh, only thirty something thousand.

**Page 6 of  13**

Keller:    Oh, okay so we still got like one seventy something
           that's sitting there?

Hoyt:      Yeah. Now I got a um..I got an invoice from Jim
           Paulsel.

Keller:    Uh huh.

Hoyt:      Um, I don't know if you wanted me to..to charge that
           against that or um...

Keller:    No, you should bill me for that. I mean, really what I
           want to do is uh, between you and I and the wall is..
           and I talked with Mike about this...is that we want to
           continue to uh..to uh..build up that two hundred
           thousand..for a couple of reasons.

Hoyt:      Okay.

Keller:    Um, ya know, Mike and I want to make sure that, you
           know, you and...try and get you and Dave to work more
           closely together if we can...and um..we're really..we
           spent two days on (unintelligible) about looking up
           building up an I-community...

Hoyt:      Yeah.

Keller:    ...and having New York Life um, basically back it.

Hoyt:      Uh hum.

Keller:    And it looks like it's becoming more and more of a
           uh, possibility.

Hoyt:      Okay.

Keller:    Because we uh, we had a company come..come in called
           Main Spring.

Hoyt:      Yeah.

Keller:    They specialize in only e-commerce.

Hoyt:      Okay.

Keller:    Strategy, not technology.

Hoyt:      Okay.

Keller:    And they said there's definitely an opportunity here.

Hoyt:      Okay.

**Page 7 of  13**

Keller:     So we may look to pull a community together...

Hoyt:       Uh hum.

Keller:     Our resources, your resources, Dave...

Hoyt:       Right.

Keller:     and create a dot-com company within New York Life.

Hoyt:       Okay.

Keller:     Um..that's kind of confidential.

Hoyt:       All right.

Keller:     Um, but I just want to let you know that that's a possibility.  If your interested, um, ya know, we can talk about it further.

Hoyt:       Sure, and your looking..your looking for this company to ser..to service New York Life?

Keller:     Yeah.

Hoyt:       Um..pri..primarily.

Keller:     Well,.uh maybe uh ini..initially.

Hoyt:       Yeah.

Keller:     But um..ya know, Mike and I may kind uh, leave the company...

Hoyt:       Yeah.

Keller:     ...to step into this company.

Hoyt:       I see.

Keller:     And uh, Judy's kind of very intrigued and interested in it.

Hoyt:       Okay.

Keller:     So it's got her support as well as Cy's...

Hoyt:       Okay.

Keller:     ...our chairman.  So, I think there's a lot of opportunities. So, I can't go into more details now but I..I'd like to try to get together maybe on

Page 8 of  13

```
                Friday.

Hoyt:           Okay.




Keller:         Um..the invoices that I talked to you earlier about,
                about six or eight weeks ago...

Hoyt:           Yep.

Keller:         Did..were you able to do that?

Hoyt:           Yeah, I can do that.

Keller:         O...

Hoyt:           That..that's not a problem.

Keller:         Okay.

Hoyt:           And you..five thousand for you and five thousand for
                Mike?

Keller:         Right.

Hoyt:           Okay.

Keller:         And uh, 'cause I got a Christmas party and stuff like
                that comin' up so...

Hoyt:           Okay.

Keller:         I'll..I'll uh stop by and uh..on ten o'clock on Friday
                and see you then about that.

Hoyt:           Okay.

Keller:         Is that okay?

Hoyt:           That sounds fine.
```

12/2/99

Hoyt:        Hi Chris.

Huydic:      Hello, how are you?

Hoyt:        Fine, how are you sir, what's up?

Huydic:      Good thank you.  Uh, I talked to Mike Mazzariello...

Hoyt:        Yeah.

Huydic:      ...and he wants me to have you order a couple things.

Hoyt:        Okay.

Huydic:      So he said to give you a call and give you the
             information that you need.

Hoyt:        All right.

Huydic:      All right..um..you ready for the information?

Hoyt:        Ye..Got a pen and paper.

Huydic:      Yep.

Hoyt:        Yep.

Huydic:      All right, this is a Sony picture frame.  The part
             number is PHD-A55.

Hoyt:        It's a picture frame?

Huydic:      Yes.

Hoyt:        Okay.

Huydic:      And the price that I have is eight hundred and ninety
             nine dollars.

Hoyt:        Okay..A..AHD or PHD?

Huydic:      Uh..PHD.

Hoyt:        PHD.

Huydic:      And then A55.

Hoyt:        Pile higher and deeper, okay. (laughing)

Huydic:      All right. Uh, three of those.

Hoyt:        Okay.

Huydic:     Then three of the MSA dash thirty two A.  And that's a
            thirty two megabyte memory stick..also Sony.

Hoyt:       Memory stick?

Huydic:     Yeah, it goes inside...

Hoyt:       This something you poke something with? (laughing)

Huydic:     (laughing)

Hoyt:       Don't think I've ever heard of memory stick.

Huydic:     They..Sony's standarizing this memory stick.  All
            their devices take a stick now.

Hoyt:       Oh.

Huydic:     And it holds thirty two megs..you take it from one
            device...like, it plugs right into the printer and
            you can print directly from the stick or it plugs
            into their camera...

Hoyt:       Uh hum.

Huydic:     ..or this picture frame so it just goes from device
            device.

Hoyt:       Okay.

Huydic:     So they call it the memory stick.

Hoyt:       Yep.

Huydic:     That's uh, a hundred and fifty dollars.

Hoyt:       Okay.

Huydic:     Then there's three of P, B as in boy, D as in David,
            dash V30.

Hoyt:       Yeah.

Huydic:     And that's a Sony personal DVD player.

Hoyt:       Okay.

Huydic:     And that should be about a thousand dollars.

Hoyt:       Uh huh.

Huydic:     And then there are three PLM dash A55...

                        Page 11 of  13

Hoyt:       Okay.

Huydic:     ..and that's a Sony, uh, screen glass..I have..
            glasses..screen glasses.  And that should be about
            eight hundred.

Hoyt:       Screen glasses?

Huydic:     Yes.

Hoyt:       These glasses to view something with or...

Huydic:     Yes, they are.

Hoyt:       Really?

Huydic:     Yeah, they're pretty cool.  They..they plug into the
            DVD player and then you wear the glasses and it looks
            like a sixty inch screen uh..when your wearin' these
            glasses like surround vision.

Hoyt:       Oh yeah, yeah, yeah, it's like uh..uh..a retinal uh..
            retinal thing.

Huydic:     Yeah exactly.  It's one of those type of things.

Hoyt:       Yeah, okay.

Huydic:     And that should be it so one, two...

Hoyt:       What was..

Huydic:     ..three..

Hoyt:       ..what was the approximate price on that?

Huydic:     Oh, eight..eight hundred dollars.

Hoyt:       Okay.

Huydic:     There should be those four items, three of each he
            said.

Hoyt:       Okay.  And uh..did he say how..how to charge?

Huydic:     He..well he said to ask Bob and I asked Bob.  Bob
            said the normal route that you've been doing the
            other items.

Hoyt:       Okay.

Huydic:     Uh...Mike..Mike said he wanted these to do some uh,

                    Page 12 of  13

```
                    research work on.

Hoyt:        Okay.

Huydic:      So..he said just handle it the regular route.

Hoyt:        All righty.

Huydic:      Okay?

Hoyt:        Okay I'll um..I don't know what the lead times are but
             I'll..I'll get them as um..on order as quick as
             possible.

Huydic:      Okay, great.
```

ATTACHMENT B-2

Excerpts – 12/3/99 meeting between
William Hoyt and Robert L. Keller, Jr. at Southington, CT

Hoyt:       I just want to give you these.  I had a problem at the
            bank yesterday.

Keller:     Uh hum.

Hoyt:       They couldn't give me cash.

Keller:     Okay.

Hoyt:       I got, um, two cashier's checks..

Keller:     Okay.

Hoyt:       ...for five thousand each.

Keller:     Okay.

Hoyt:       I don't know if that's, uh, problematic for you?

Keller:     No, I don't think so. That's fine.

Hoyt:       I think they misspelled your name on the first one,
            but..yo..

Keller:     Well close enough.

Hoyt:       Robret Keller..

Keller:     Okay.

Hoyt:       They'll never notice the difference.

Keller:     Okay..okay. They wouldn't give you the cash, huh?

Hoyt:       Well, they would have had I...

Keller:     This..this stuff we do with equipment...

Hoyt:       ...had I given 'em...

Keller:     nobody...

Hoyt:       ..had I given 'em a day's notice...

Keller:     ..nobody..

Hoyt:       ..or something like that.

Keller:     ..nobody knows about other than Mike.

Page 1 of  7

Hoyt:       Okay.

Keller:     So..Mike and I are the only one's that know.
            So..because the reason I'm telling you this, you might
            get other people using your services next year 'cause
            we're trying to get you more involved...

Hoyt:       Yeah.

Keller:     ..so if you have conversations while at work, none of
            this stuff ever comes out.

Hoyt:       Ok.

Keller:     Because I mean, we're..I'm doin'..I'm takin' my group..
            my whole group out to lunch..I'm gonna use this to pay
            for that.

Hoyt:       Right.

Keller:     So..ya know..I'm..I..I do things for people..chairs,
            PC's for people, um, bed and breakfast weekends and
            stuff. The company would flip.

Hoyt:       Yeah. The company's very conservative about that stuff?

Keller:     And..that's how I get things done. So, that's what we
            use this...and Mike knows about it..so I'm not pulling
            anything. So..and Mike does some things for his people
            as well.   Um, but nobody beyond Mike and I knows about
            what's happening.

Hoyt:       Okay.

Keller:     Okay? Just so you know.

Hoyt:       That's fine with me.

Keller:     Okay.

Hoyt:       That' fine with me.

Keller:     Um....

Hoyt:       I've..just so you know, I've got, um, I think I've got
            a problem with the two hundred thousand dollars.

Keller:     What?

Hoyt:       I'm probably gonna have to declare it. I moved it from
            last year to this year. I'm probably gonna have to take
            a tax hit on it.

**Page 2 of  7**

Keller:    Well let me ask something.  This..this is what Mike..
           can you..can you (unintelligible)?

Hoyt:      I don't think so.

Keller:    Okay.  I spoke with Mike about this. I said Mike,
           (unintelligible) two hundred thousand for the second
           year. I said what are we gonna do with it?  He was
           thinkin' immediately. When he came back to me last
           week..and again I don't know what you want to do.to do.
           I'm passin' what he said.

Hoyt:      Okay.

Keller:    He wants to (unintelligible) it. And he wants to invest
           it.

Hoyt:      Invest how?

Keller:    Stock..whatever. Leave the two hundred there, in the
           investment.  But he wants the..any kind of funds that
           accrue..ya know, investment funds that accrue from it,
           kind of be between the three of us.

Hoyt:      Okay.

Keller:    I don't know if that's possible or not.

Hoyt:      I can move it to an escrow account and hold it there
           and the escrow account would have mutual funds..uh..
           thing attached to it.

Keller:    Buy stocks with it..I mean it would be up to you to
           manage it.

Hoyt:      Okay.

Keller:    We're not gonna...I'm not gonna be callin' you every
           day and say let's do this with it or whatever.

Hoyt:      Yeah.

Keller:    But..he..I mean he thinks it's a sin it's sitting out
           there.  But he..he assu..he assumed..that I didn't even
           think of it, that you have invested in something where
           you're gettin' something out of it.

Hoyt:      No, just...

Keller:    I mean I can't...

Hoyt:      ...bank rates, mutual fund rates.

Page 3 of  7

Keller:     Okay.

Hoyt:       That's it. Yeah.

Keller:     So...so he's assuming that it's grown something since
            we originally gave it to you a year..year and a half
            ago whatever it was.

Hoyt:       Okay.

Keller:     So...I said, I'll mention it to Bill.  I don't know
            what Bill wants to do..so..it's up to you.  That..
            that was my thought.

Hoyt:       I think even...even if I do that though Bob...I've..
            I've gotta..I've gotta have to declare it..as income..
            um..

Keller:     So what do you do?

Hoyt:       Well it's gonna take a twenty-five thousand dollar
            chunk or more out of it.

Keller:     As uh..taxes?

Hoyt:       As taxes, yeah.  I've got some um..I..I..I don't know
            what to do.

Keller:     I don't know either. I know Mike wanted to...

Hoyt:       I..I.. can talk with the accountants to find out if
            there's anything else that..if there's any legitimate
            way that it can be moved to the next year but I..I'm..
            I'm rather doubting it.

Keller:     Okay. I mean um...I don't..I..that...that's the
            suggestion Mike had.  I don't know if...

Hoyt:       Okay.

Keller:     ...that's plausible. Uh..

Hoyt:       Yeah, it's just..

Keller:     It's out of my league.

Hoyt:       It's out of my league too.  But the problem is that
            we're Subchapter S. And um..you can't do carry-overs
            too long, before they become taxable. Um, and the same
            with losses.  I've had some..I've had some losses over
            the past years and they can all carry to the next year

or something like that and that's..that's it..if I
don't..if I don't have a profit to counterbalance the
loss then the loss is gone. It's..the loss is lost.

Keller:     Okay. Um..well, see if...

Hoyt:       I haven't..I haven't talked in detail with..with them

            about this yet but..

Keller:     Okay.

Hoyt:       ..the accountants yet.

Keller:     Let me uh..to be honest with you, I don't really want
            to know too much about it.

Hoyt:       Okay.

Keller:     Um..'cause that makes me feel a little uncomfortable.

Hoyt:       Yeah.

Keller:     So, um..I'm just passing what Mike said.

Hoyt:       Okay.

Keller:     So, if..if you want to do that, that's fine and then,
            you know, you manage it..I mean..as far as we're
            concerned...I mean..what..what Mike said..it's what..
            he suggested be aggressive with it, ya know, I mean..
            and whatever happens out of it...I'm assuming based on
            what's goin' on these days...I mean Mike right away
            said ya know, well, have him buy Vignette stock with
            it.

Hoyt:       It's too late for that. (laughing)

Keller:     Well..let me get...

Hoyt:       Vignette's like two hundred dollars a share.

Keller:     Well it just split.

Hoyt:       Yeah.

Keller:     So...if you want, I'll tell you what.  I just came back
            from a corporate visit with those guys.

Hoyt:       Yeah.

Keller:     Out in Austin, Texas.

Hoyt:      Oh yeah?

Keller:    That stock is...

Hoyt:      Oh that's where you were in um...couple weeks ago?

Keller:    ..about a week and a half or two..two ago.

Hoyt:      Yeah.

Keller:    I went two days out there..at their corporate offices.
           Then I was two days at an ASP conference in Boston
           which was really (unintelligible). Um, but um..that..
           I knew then that stock was going to split although I
           was prohibited from saying anything. At a hundred, that
           stock's gonna go back up to two hundred again.

Hoyt:      More than likely.

Keller:    It's up to you. I'm not tellin' you what to do.

Hoyt:      No, no, it's good stuff. No, I know.

Keller:    But if..if you want to take that money..I mean that's
           the first thing Mike said..(unintelligible)..I said,
           I'm gonna pass the word on. I don't know how..I said
           to him I don't know how he's gonna take it, but, I said
           I'll..I'll at least bring it up to him. So, if you want
           to take the hit, you know, the twenty-five thousand
           dollar hit..and invest it...

Hoyt:      And invest it..

Keller:    ..and I would say, ya know, for the group..we're all
           young..be aggressive with it.

Hoyt:      Relatively. (laughing)

Keller:    Relatively. I mean Mike's the youngest. I'm probably in
           between.

Keller:     But um, so..I don't know if I answered your question?

Hoyt:       Well, I guess so. I just, um, I'll try to figure out
            what to do. 'Cause I...I think it's..rea..realistically
            gonna happen and um, maybe we can..can invest around
            it...to..to make up for what's..what gets lost.

Keller:     I mean..we don't..our name..on it..we'll trust you.

Hoyt:       Okay.

Keller:     I mean our names don't have to be on anything.

Hoyt:       Okay.

Keller:     I wouldn't..and we'd prefer not to be that way.

ATTACHMENT B-3

Excerpt - 12/9/99 meeting between
<u>William Hoyt and Mike Mazzariello</u>

Hoyt:     Chris said bill back the uh, Sony stuff...

Mazz:     Yeah.

Hoyt:     ...in the usual way.

Mazz:     Okay, I don't know what the usual way is though..

Hoyt:     Okay.

Mazz:     Just do it the way you normally do stuff..um..um..
          I know that they've gotten..the only thing..the only
          thing don't do...you usually ship this stuff to the
          off..right to the office?

Hoyt:     No, they usually come pick it up.   Usually.

Mazz:     Oh, they come here?

Hoyt:     Yeah. (unintelligible)

Mazz:     Then just..do..do the same thing.  I don't..I..
          there's some things that I just..I don't even know
          what he does and I don't even think I wantta know
          what he does.

Hoyt:     Okay.

Mazz:     But um..

Hoyt:     Is it okay that I..that I talk with him about billing
          arrangement?

Mazz:     Oh, to..to Bob and Chris?

Hoyt:     To..to Chris, specifically.

Mazz:     Oh yeah, oh yeah and did Chr..Chris place the order?

Hoyt:     Yeah, yeah.

Mazz:     Um..touch base with Bob...

Hoyt:     Okay.

Mazz:     ..touch base with Bob.  I don't know wh..however Bob it
          is normally handles stuff..like that, that's fine.  I
          know that um..that uh..uh..I know that there's..there's
          a couple of toys..all the toys.  Uh, the one that

                    Page 1 of  3

> we're gonna use for the Agents is the one that uh,
> Chris'll probably be using.

Hoyt:     Okay.

Mazz:     All right?  Or two of them..I don't know what he's
          gonna uh...so..

Hoyt:     Okay. Right, yeah. I'll buy..I'll buy them from..from
          separate sources.

Mazz:     Yeah, can you do that..is that how you usually do it?

Hoyt:     Um, no, normally I..I just grab 'em from one place..I
          just was..I..I was surprised 'cause it was so new and..
          and the uh..

Mazz:     So, just c..call Bob.  Whatever Bob wants to do with
          it.  If Bob said just deal with Chris, fine,
          deal with Chris on it.

Hoyt:     Okay. Okay.

Mazz:     Good.

Hoyt:     And..and Bob also mentioned that you wanted the..the
          uh..to invest that..that money.  And I didn't..

Mazz:     What do you think about that?

Hoyt:     Uh..uh Vignette..Vignette may be late in the game..I
          don't..I mean I may be late in the Vign..Vignette game.

Mazz:     I cannot believe Vignette stock.  I was with them two
          weeks ago..uh three weeks when we were in Boston. Man
          oh man they got their shit together.

Hoyt:     Yeah.  Oh yeah they really do.  And the stock market's
          been rewarding that..they started at...

Mazz:     Yeah.

Hoyt:     ...like seventeen and went to two hundred, something
          like that.

Mazz:     Yeah, I mean if you want to do something with that.
          The..the money's just left sitting there..that's fine.

Hoyt:      Yeah.  'Cause I..I'm concerned about losing it to
           taxes because it's gonna show up as income.

Mazz:      Yeah. How do ya..how can you handle that?

Hoyt:      I..I'm not sure. I'm not sure. I can carry it forward
           one year. I don't know about carrying it forward a
           second year.  And I have ta..have to check with the
           accountants about.

Mazz:      Then do something like that.

Hoyt:      To try something like that.

Mazz:      That would..that..yeah.

Hoyt:      Oh Bob had mentioned to me that's been something...

Mazz:      Sure.

Hoyt:      ...in the context of my saying that I think we're
           gonna have ta...uh..

Mazz:      Declare it.

Hoyt:      ..declare it as income rather than just um, like a
           deposit for future work...

Mazz:      (unintelligible) Yeah, all right, (unintelligible) sit
           down and have a conversation..let's have a call.  I
           haven't talked to him at all.

Hoyt:      Okay.

Mazz:      Okay.

Hoyt:      Okay bye. I won't delay you any longer.

Mazz:      No, no. That's fine.

ATTACHMENT C

Excerpts - telephone calls between
Robert L. Keller, Jr. and William Hoyt

11/11/2000 (voice mail message)

Keller:     Um, just as a follow up, I wanted to make sure that
            uh..'cause Chris had asked me last night..that you were
            able to follow up on the uh..PC's and in addititon I
            saw Sue for a moment when I was uh..at your facility
            and she had mentioned to me that I had give..ah..I had
            given her a packet for you um..and that uh..you had
            gotten that packet of uh..the invoices and um..on or
            about the uh fifteenth which is this coming Wednesday,
            you'd be able to overnight the uh..requested invoices
            to my home in uh..Connecticut.

11/15/2000 (voice mail message)

Keller:     Hey Bill, good morning. This is Bob Keller.  It's uh..
            Wednesday morning. Say, a couple things I wanted to
            mention to you. Um..I had a conversation yesterday
            with uh..Mike Mazzariello..um..about the uh..PC's.
            And the three PC's that we have returned he wants to
            actually keep and still order the additional three.  So
            I just wanted to advise you of that and I'm hopeful
            that you haven't uh..returned them.  Um..in addition,
            the document that I gave to Sue and um..and uh..I..she
            hopefully forwarded on to you and I called about over
            the weekend..he wanted to know..find out the status.
            Um..as you know some of the uh..invoices uh referenced
            MM and BK and um..some like I said..um..a number of
            them were for Mike and a number of 'em were for me.
            So I just wanted to follow up and make sure that uh..
            you were gonna..either have or will overnight them to
            me..um sometime in the next day or so uh..to my home
            address.

11/15/2000 (voice mail message)

Keller:     Um..at a same time while I'm..I'm thinking of it..it's
            probably not a bad idea that we pick up the uh..PC's
            that I dropped off as well as the uh..hopefully the
            new ones and also that list that um..I left you from
            uh..Chris and uh..Mike Mazzariello regarding some
            additional hardwares.  So if you could uh..handle that,
            that'd be great.

11/16/2000 (voice mail message)

Keller:     Um...just wanted to make sure we're c..clear on a
            couple points. Um..as far as picking up the PC's on
            uh..Wednesday, I'm assuming when you referred to that

Page 1 of  2

you meant that not only the three old PC's but the
three new ones will be available as well. So I just
want to get confirmation of that. Uh, then regarding
the uh..invoices, Mike asked me about 'em again
yesterday.  Um, if you could get 'em to me tomorrow,
Friday, that way I could get 'em uh, to him either
tomorrow or Saturday, that'd be great. Um..so hopefully
you'll get a chance to do that sometime today. Uh..and
like I said, just overnight 'em to my home address.
Thanks again for all your help.

11/20/2000 (voice mail message)

Keller:     Hey Bill Hoyt, this is Bob Keller.  It's about
            uh..twenty-five after two on uh..Monday afternoon.
            Say I need you do me a favor, um..amongst the other
            things that uh we've been conversing on..on..on uh
            voice mail.  Um, I need to you to put together pretty
            quickly uh..four invoices say for twenty-five thousand
            uh..each.  This would be above and beyond your normal
            billing.  And just as a reminder that all your billing
            for uh..the year end needs to be in by no later than
            uh..into Dennis by no later than the uh..sixth of
            December which is only about uh..I guess a little more
            than two weeks away.  So um..this would be above and
            beyond the normal billing that you would anticipate
            between now and the end of the year and it would be
            uh..for consulting services.  So um..send me four
            invoices, twenty-five thousand each, send 'em to
            Dennis and uh..on there just let him know that he and
            I should speak about 'em. Uh..if you have any questions
            give me a call.  Leave me a voice mail letting me know
            the status on uh..things that we've been talking about.
            Thanks.  Bye.

Page 2 of  2

ATTACHMENT D

[Fwd: Merry Christmas]

Subject: [Fwd: Merry Christmas]
Date: Fri, 22 Dec 2000 10:45:27 -0500
From: softcraft1@softcraftlab.com
To: bhoyt@softcraftlab.com


-------- Original Message --------
Subject: Merry Christmas
Date: Fri, 22 Dec 2000 05:51:47 -0500 (EST)
From: "Robert Keller, Jr." <bobkeller@email.com>
To: bhoyt@softcraftlab.com

Bill,

Merry Christmas!! I spoke with Mike yesterday and he informed me that we had
just recieved an invitation to a holiday celebration on your office. Sorry
we couldn't attend. I'm sure it was a great time!!

Say, I couple of things I need to close the loop on before year end.

1) Are you in between Christmas & New Years?? I might want us to meet to go
over current status and 2001 plans??
2) Where do we stand with Bob Capasso?? Have you worked out terms?? Does he
have a start date?? Please let me know...Thanks!
3) Mike & I would like you to generate one letter for each of us(on
SoftCraft letterhead with your signature) clearing outlining the fact that
Mike & I have been doing some "consulting" work with you on the possibility
of you becoming a WEB "ASP" perhaps working with NetQuotient, Dave
DeVincenso, using Vignette for content management. The letter should state
that this has nothing to do with NYL in anyway, does not compete with NYL or
effect your relationship with NYL. Furthermore, the letter should state that
from time to time we are compensated for our consulting services. If you
could put a draft together and send it to me at this email address to review
prior to printing the two copies, that would be great. While I believe this
is STRICTLY between you, Mike & I, should you, SoftCraft or Mike or I be
audited, this would clearly clarify our two different relationships.

Please get back to me as soon as possible and again Merry Christmas and
Happy New Year, I look forward to an even better 2001!!

Thanks!

Bob

-------------------------------------------------
FREE! The World's Best Email Address @email.com
Reserve your name now at http://www.email.com

27-Dec-00 9:01 AM

From: softcraft1@softcraftlab.com
Date: Mon, 08 Jan 2001 18:17:41 -0500
To: bhoyt@softcraftlab.com

-------- Original Message --------
Subject: Reply to your information request...
Date: Mon, 8 Jan 2001 18:24:01 -0500 (EST)
From: "Robert Keller, Jr." <bobkeller@email.com>
To: "William Hoyt" <bhoyt@softcraftlab.com>

Bill,

Thanks for the email. I would just say its about creating a web based ASP
mmodel for small to medium size firms. No discussion of dollars, only
reference to our services and assoicated expenses.

Your a good wording guy(so to speak)...give it a shot and send the draft to
me as a word document.

Thanks alot!!

Bob

PS: Has Rabindra got back to you on the tech writing stuff??

------Original Message------
From: "William Hoyt" <bhoyt@softcraftlab.com>
To: bobkeller@email.com
Sent: January 8, 2001 9:57:06 PM GMT
Subject: Re: [Fwd: Merry Christmas]

Bob,

Regarding the item below, should I include specifics about the nature of
the consulting? or the amount? Also, do you have suggested wording for
the paragraph (or paragraphs) about the non-NYL  non-NYL-competitive
nature, etc?

Thanks,
Bill

3) Mike & I would like you to generate one letter for each of us(on
SoftCraft letterhead with your signature) clearing outlining the fact
that
Mike & I have been doing some "consulting" work with you on the
possibility
of you becoming a WEB "ASP" perhaps working with NetQuotient, Dave
DeVincenso, using Vignette for content management. The letter should
state
that this has nothing to do with NYL in anyway, does not compete with
NYL or
effect your relationship with NYL. Furthermore, the letter should state
that
from time to time we are compensated for our consulting services. If you
could put a draft together and send it to me at this email address to
review
prior to printing the two copies, that would be great. While I believe
this
is STRICTLY between you, Mike & I, should you, SoftCraft or Mike or I be
audited, this would clearly clarify our two different relationships.

Please get back to me as soon as possible and again Merry Christmas and
Happy New Year, I look forward to an even better 2001!!

Thanks!

Bob